

SEALED FILED DEC 03 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
ANGELA A. SCOTT
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHNNY HERNANDEZ, ET AL.,<br><br>  Defendants. | CASE NO. 1:15 CR 00341 LJO SKO<br><br>MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 3, 2015, charging the above defendants with: 21 U.S.C. §§846 & 841(a)(1) - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE; 21 U.S.C. § 841(a)-Possession With Intent ot Distribute; 18 U.S.C. § 922(g)(1); 21 U.S.C. § 853; 28 U.S.C. § 2461 - CRIMINAL FORFEITURE, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the

Motion to Seal Indictment 1

1  defendants are in custody or have been given bail, that no person
2  shall disclose the findings of the Indictment or any warrant issued
3  pursuant thereto, except when necessary for the issuance and
4  execution of the warrants.

5  DATED: December 3, 2015         Respectfully submitted,

6                                  BENJAMIN B. WAGNER
7                                  United States Attorney

8                           By     /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
9                                  Assistant U.S. Attorney

10

11     IT IS SO ORDERED.

12  Dated:  December 3, 2015       _____
13                                 U.S. Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Seal Indictment                    2