BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:15-cr-341 LJO/SKO |
| ) | |
| Plaintiff, ) | MOTION AND ORDER |
| ) | TO UNSEAL INDICTMENT |
| v. ) | |
| ) | |
| JOHNNY HERNANDEZ, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret,

   The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated:  December 4, 2015                BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

                                   BY:  /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                      EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,     )   CASE NO.  1:15-cr-341 LJO/SKO
                              )
        Plaintiff,            )   ORDER TO
                              )   UNSEAL COMPLAINT
     v.                       )
                              )
JOSE HERNANDEZ, ET AL.,       )
                              )
        Defendants.           )
_____)
```

     Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on December 3, 2015 be unsealed and become public record.


IT IS SO ORDERED.

Dated:  **December 4, 2015**                    _____
                                                UNITED STATES MAGISTRATE JUDGE

TYPE PLEADING NAME

2