IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHNNY HERNANDEZ,<br>　　　　　　　Defendant. | CASE NO.  1:15-CR-00341 LJO<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

　　　　On September 12, 2016, a Superior Court Judge for the State of California, County of Tulare, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Johnny Hernandez, F13904195, F14900412, and F14907884 may proceed.  The defendant's appearance before the state court judge is necessary on September 21, 2016 at 8:30 a.m. for pre-preliminary hearing.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Lerdo Maximum-Medium Facility.  His next appearance before the United States District Court is scheduled for October 27, 2016 at 8:30 a.m. for sentencing.  It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case will be on October 27, 2016:

　　　　IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on September 21, 2016 for purposes of his presence at the trial setting conference, but shall return him to the custody of the United States Marshal Service in the physical custody of Lerdo Maximum-Medium Facility immediately after the proceeding has concluded on September 21, 2016.  The Court further orders that the Fresno County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with his return immediately thereafter after the U.S. Marshal Service and the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance.  Under no

1  circumstances is the defendant to be released from the physical custody of the Lerdo Maximum-Medium
2  Facility other than for the court appearances that are the subject of this Order or scheduled Federal Court
3  Appearances, or upon further order from this court.

5  IT IS SO ORDERED.

   Dated:  **September 20, 2016**          /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE