PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
JEFFREY A. SPIVAK
PATRICK J. SUTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-CR-00341-LJO-SKO |
|---|---|
| Plaintiff, | UNITED STATES'S REQUEST FOR AN ORDER AUTHORIZING DISCOVERY IN THE ANCILLARY PROCEEDING; ORDER THEREON |
| v. | |
| JOHNNY HERNANDEZ, JOSE HERNANDEZ, and LESLIE SANCHEZ, | [FED. R. CRIM. P. 32.2(c)(1)(B)] |
| Defendants. | |

**I. INTRODUCTION**

Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), the United States requests the Court to allow it to conduct discovery to explore the basis for the claims filed by petitioners Catalina Olivas and Lorena Vizcarra (collectively "Petitioners") regarding their interest in property forfeited from defendant Jose Hernandez. Petitioners allege an interest in the approximately $30,761.00 in U.S. Currency (the "Subject Currency") that was seized pursuant to a Federal search warrant in Sanger, California on November 12, 2015 as part of this criminal investigation.

**II. BACKGROUND**

1. On December 3, 2015, Johnny Hernandez, Jose Hernandez, and Leslie Sanchez were indicted in a three-count indictment for conspiracy to distribute and possess with intent to distribute methamphetamine (all defendants), possession with intent to distribute methamphetamine (Jose Hernandez only), and felon in possession of a firearm (Johnny

UNITED STATES' REQUEST UNDER FED. R. CRIM. 32.2(C)(1)(B) FOR AN ORDER AUTHORIZING DISCOVERY IN THE ANCILLARY PROCEEDING

1

Hernandez only). (ECF No. 9.)

2. On August 1, 2016, Johnny Hernandez pleaded guilty to both charges against him. (ECF No. 45). He was sentenced to 87 months of incarceration on October 24, 2017. (ECF No. 57).

3. On August 1, 2016, Leslie Sanchez pleaded guilty to the conspiracy. (ECF No. 45). She was sentenced to 36 months of incarceration on October 24, 2017. (ECF No. 57).

4. Forfeiture was not an aspect of either Johnny Hernandez or Leslie Sanchez's pleas or sentences.

5. On February 6, 2017, Jose Hernandez pleaded guilty to the conspiracy charge. (ECF No. 62). On May 22, 2017, Jose Hernandez was sentenced to five years of probation and agreed to forfeit the Subject Currency. (ECF No. 68).

6. On May 24, 2017, the Court entered a Preliminary Order of Forfeiture for the Subject Currency, pursuant to 21 U.S.C. § 853(a), which authorizes the forfeiture of narcotics related monies and facilitating property.

7. Following the Court's entry of a preliminary order of forfeiture, the United States provided notice to potential claimants, pursuant to 21 U.S.C. § 853(n), 18 U.S.C. § 1963(1) and Local Rule 171. The deadline to file a petition was June 29, 2017.

8. On June 8, 2017, Petitioners Catalina Olivas and Lorena Vizcarra filed a petition for ancillary hearing contesting the forfeiture of the Subject Currency. (ECF No. 72.) Each claims an interest in the Subject Currency and urges that the Subject Currency was derived from a legitimate source.

### III. ANALYSIS

9. Federal Rule of Criminal Procedure 32.2(c) governs third party asset forfeiture proceedings in criminal cases. Rule 32.2(c)(1) provides that if a third party files a petition asserting an interest in property to be forfeited in a criminal case, the district court must conduct an ancillary hearing. Fed.R.Crim.P. 32.2(c)(1). Rule 32.2(c)(1)(B) provides that prior to the ancillary hearing the Court may permit the parties to conduct discovery in accordance with the Federal Rules of Civil Procedure if the court determines that discovery is "necessary or desirable

UNITED STATES' REQUEST UNDER FED. R. CRIM. 32.2(C)(1)(B) FOR AN ORDER AUTHORIZING DISCOVERY IN THE ANCILLARY PROCEEDING; ORDER THEREON

2

to resolve factual issues." Fed.R.Crim.P. 32.2(c)(2)(B).

10. The United States believes that discovery is necessary and desirable to evaluate Petitioners' ownership in the Subject Currency because if Petitioners can provide information showing that the money was not narcotics-related, an ancillary hearing may not be necessary.

11. The United States requests and proposes the following discovery, motion and hearing schedule:

| Event | Proposed Date/Deadline |
|---|---|
| Discovery Cut off | October 27, 2017 |
| Last Day to File Dispositive Motions | November 17, 2017 |
| Ancillary Hearing | Week of December 18, 2017 |

## IV. CONCLUSION

For the foregoing reasons, the United States requests the Court: (1) enter an order authorizing the parties to conduct discovery pursuant to Fed. R. Crim. P. 32.2(c)(1)(B); and (2) to adopt the above litigation schedule or set a discovery schedule that the Court deems appropriate.

Dated: June 28, 2017
PHILLIP A. TALBERT
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **June 28, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

UNITED STATES' REQUEST UNDER FED. R. CRIM.
32.2(C)(1)(B) FOR AN ORDER AUTHORIZING DISCOVERY IN
THE ANCILLARY PROCEEDING; ORDER THEREON

3