# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:15-cr-00341-LJO-SKO** |
| Plaintiff, | **ORDER ON PENDING MOTION TO DISMISS ANCILLARY PETITION (ECF Doc. 79)** |
| v. | |
| **JOHNNY HERNANDEZ,** *et al.*, | |
| Defendants. | |

The Court has received and reviewed the Government's Motion to Dismiss filed on October 31, 2017, with a hearing date set for December 4, 2017. Let it be known that missed deadlines are not tolerated. Should Defendants Catalina Olivas and/or Lorena Vizcarra wish to oppose the pending motion, thorough opposition(s) must be filed timely in accordance with Local Rule 430.1. Patterns of non-compliance with the rules governing procedure are not rewarded with continuances.

IT IS SO ORDERED.

Dated: **November 1, 2017**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1