McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00341-LJO-SKO |
|---|---|
| Plaintiff, | **ORDER TO DISMISS THE ANCILLARY PETITION OF CATALINA OLIVAS AND LORENA VIZCARRA AND FINAL ORDER OF FORFEITURE** |
| v. | |
| JOHNNY HERNANDEZ, JOSE HERNANDEZ, and LESLIE SANCHEZ, | |
| Defendants, | |

    The United States' Motion to Dismiss the Ancillary Petition of Catalina Olivas and Lorena Vizcarra filed on October 31, 2017, in the above-captioned matter, came for hearing before this Court on December 4, 2017. No opposition to the United States' motion was filed. Assistant United States Attorney Kimberly A. Sanchez appeared for plaintiff United States of America, and attorney Yan Shrayberman appeared for petitioners Catalina Olivas and Lorena Vizcarra. Petitioners were not present.

    After considering the evidence, the points and authorities submitted by the United States, the oral arguments of counsel, and the accompanying Application for Final Order of Forfeiture, the Court finds:

///

///

[Proposed] Order to Dismiss the Ancillary Petition of Catalina    1
Olivas and Lorena Vizcarra and Final Order of Forfeiture

1. The United States' motion to dismiss the ancillary petition of Catalina Olivas and Lorena Vizcarra is granted.

2. On May 24, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853(a), based upon the forfeiture allegation in the indictment, the Bill of Particulars for Forfeiture of Property filed on April 8, 2016, and the oral agreement entered by defendant Jose Hernandez at his sentencing hearing, forfeiting to the United States the approximately $30,761.00 in U.S. Currency.

3. Beginning on May 26, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

4. The Court has been advised that the United States sent direct written notice to Isidro Cruz and Yan Shrayberman on behalf of his clients, Catalina Olivas and Lorena Vizcarra.

5. On June 8, 2017, Catalina Olivas and Lorena Vizcarra filed a petition for ancillary hearing.

6. The Court has been advised that no other third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. The Petition of Catalina Olivas and Lorena Vizcarra is dismissed with prejudice.

2. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the approximately $30,761.00 in U.S. Currency pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of defendant Jose Hernandez, Isidro Cruz, Catalina Olivas, and Lorena Vizcarra.

3. All right, title, and interest in the approximately $30,761.00 in U.S. Currency shall vest solely in the name of the United States of America.

4. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

5. The Court vacates the ancillary hearing scheduled for December 18, 2017, at 11:00 a.m..

IT IS SO ORDERED.

Dated: __**January 5, 2018**__     _____/s/ Lawrence J. O'Neill_____
                                   UNITED STATES CHIEF DISTRICT JUDGE